ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 19 2012

JAMES N. HATTEN, Clerk
By: P. Wade-Chiego
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : |
| RIGOBERTO AMAYA-CHAVEZ, | : NO. **1:12-CR-315** |
| a/k/a ANUAR; | : |
| MARTIN TORRES; & | : |
| ROMERO GILBERT ASDRUAL | : |

## COUNT ONE

Beginning on a date unknown to the Grand Jury, but at least as of October of 2011, and continuing until at least on or about April 16, 2012, in the Northern District of Georgia and elsewhere, the defendants, RIGOBERTO AMAYA CHAVEZ, a/k/a ANUAR; MARTIN TORRES; and ROMERO GILBERT ASDRUAL; knowingly conspired and agreed with each other and with other persons known and unknown to the Grand Jury, to violate Title 21, United States Code Section 841(a)(1); that is, to possess with the intent to distribute and to distribute a controlled substance, namely cocaine, a Schedule II controlled substance; and methamphetamine, a Schedule II controlled substance; said conspiracy involving at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, at least five hundred (500) grams of a mixture and substance containing a detectible amount of methamphetamine, and at least fifty (50) grams of actual methamphetamine; in

violation of Title 21, United States Code, Sections 841(b) (1) (A)(ii) and (viii) and 846 and Title 18, United States Code, Section 2.

## COUNT TWO

On or about November 30, 2011, in the Northern District of Georgia and elsewhere, the defendants, RIGOBERTO AMAYA CHAVEZ, a/k/a ANUAR; MARTIN TORRES; and ROMERO GILBERT ASDRUAL, aided and abetted by one another, knowingly possessed with the intent to distribute a controlled substance, namely, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841 (a) (1) and (b) (1) (A)(ii) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 16 and 17, 2012, in the Northern District of Georgia, the defendant, RIGOBERTO AMAYA-CHAVEZ, a/k/a ANUAR, knowingly possessed with the intent to distribute a controlled substance, namely, at least five hundred (500) grams of a mixture and substance containing a detectible amount of methamphetamine and at least fifty (50) grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841 (a) (1) and (b) (1)(A)(viii).

## FORFEITURE PROVISION

1. As a result of committing one or more of the offenses alleged in Indictment, the defendants, RIGOBERTO AMAYA CHAVEZ, a/k/a ANUAR; MARTIN TORRES; and ROMERO GILBERT ASDRUAL; shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property, real and personal, constituting or derived from any proceeds the said defendants obtained directly and indirectly as a result of the said violation and any and all property used and intended to be used in any manner or part to commit or facilitate the commission of said violation.

2. If, as a result of any act or omission of a defendant, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property.

A \_\_\_\_\_True\_\_\_\_\_ BILL

FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

JENNY R. TURNER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6084
Georgia Bar No. 719439