U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 1 9 2012

JAMES N. HATTEN, Clerk
By: L. Wade-Chiles, Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
DIVISION Atlanta
(USAO 2012R00833)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT

COUNTY NAME: Cobb

DISTRICT COURT NO. 1:12-CR-315

MAGISTRATE CASE NO. _____

_X_ Indictment          __ Information          __ Magistrate's Complaint

DATE: September 19, 2012     DATE:           DATE:

| UNITED STATES OF AMERICA vs. **RIGOBERTO AMAYA-CHAVEZ, aka Anuar** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony     __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____     Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. _X_ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal __ State
   If Yes, show name of institution  Cobb County Jail
   Has detainer been filed __ Yes _X_ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE JUDGE: _____ <br> A.U.S.A.: JENNY R. TURNER <br> DEFT'S ATTY: _____ |
|---|---|
| | SALLY QUILLIAN YATES <br> UNITED STATES ATTORNEY <br> BY: JENNY R. TURNER <br> Assistant United States Attorney <br> DATE: September 19, 2012 |