United States Attorney
Northern District of Georgia

ORIGINAL

<u>September 19, 2012</u>
Date Submitted

# In the United States District Court
### For The Northern District of Georgia

United States of America

v.

Amaya Rigoberto Chavez

Indictment/Information

1: 12- CR-315
CR _____

<u>September 19, 2012</u>
Date of Indictment

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 1 9 2012

JAMES N. HATTEN, Clerk
By: L. Wade Chile
Deputy Clerk

## REQUEST FOR ARRAIGNMENT

**DEFENDANT IN CUSTODY**

<u>Amaya Rigoberto Charvez</u>
(Name)

<u>Cobb County Jail</u>
(Institution)

ATTORNEY FOR DEFENDANT

_____
(Name)

_____
(Address)

<u>September 17, 2012</u>
(Date Verified)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

      Other defendants previously arraigned (or now set for arr.)
      <u>Martin Torres and Romero Gilbert Asdrual</u>

CATEGORY OF CASE      ( ) Short    ( ) Medium   ( ) Long

Assistant U.S. Attorney handling case <u>Jenny R. Turner</u>
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga. 08/26/94