UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 24 2012

JAMES N. HATTEN, Clerk
By: R. Wade-Chiek
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff

vs

RIGOBERTO AMAYA-CHAVEZ,
a/k/a Anuar

Defendant.

CRIMINAL CASE NO.:

1:12-CR-315

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: Any U.S. Marshal, Warden, COBB COUNTY JAIL, Marietta, Ga, and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of RIGOBERTO AMAYA-CHAVEZ by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable JANET F. KING,** United States Magistrate Judge of the United States District Court for the Northern District of Georgia, at the Courtroom of said Court in the City of Atlanta, at 10:00 A.M., on OCTOBER 10, 2012, and from day to day thereafter until discharged by the Court, then and there to be arraigned on the indictment and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 24th day of SEPTEMBER, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Jenny Turner
DUTY, Federal Defender Program