

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

OCT 10 2012

JAMES N. HATTEN, Clerk
By: L. Wade-Chiles
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                                           CASE NO. 1:12-CR-315

RIGOBERTO AMAYA-CHAVEZ,

   Defendant.

### ORDER APPOINTING COUNSEL

VIONNETTE JOHNSON – IA only

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 10th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE