IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION NO. |
| v. | ) |
| | ) 1:12-CR-315-SCJ-AJB-01 |
| RIGOBERTO AMAYA-CHAVEZ | ) |
| _____ | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE PRETRIAL MOTIONS AND CONTINUANCE OF
PRE-TRIAL CONFERENCE**

COMES NOW the Defendant, Rigoberto Amaya-Chavez, by and through undersigned counsel, and pursuant to Local Rule 12.1, respectfully requests an extension of time in which to file pretrial motions in this case. Mr. Amaya-Chavez respectfully requests that the pretrial conference be continued to a date after November 7, 2012.

In support of this motion, Mr.Amaya-Chavez shows as follows:

1.

A Pre-Trial Conference is scheduled for October 29, 2012.

2.

Undersigned counsel is still in the process of obtaining, reviewing and analyzing discovery. In addition, the Government and Defense Counsel are in negotiations as to a possible resolution in this case. Accordingly, in order to avoid unnecessary work by either party or the Court, Mr. Amaya-Chavez requests that this Court grant him this continuance and extension.

3.

AUSA Jenny Turner has no objection to this motion.

WHEREFORE, Mr. Amaya-Chavez respectfully requests he be given an extension of time to file pre-trial motions, and a continuance of the pre-trial

conference.

      Respectfully submitted this 26 day of October, 2012,

118 North Ave. Ste. C                Vernon Smith
Jonesboro, GA 30236              State Bar # 663908
770-471-4040                        Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION NO. |
| v. | ) |
| | ) 1:12-CR-315-SCJ-AJB-01 |
| RIGOBERTO AMAYA-CHAVEZ | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the following Motion to Continue upon counsel using the ECF system which will automatically send e-mail notification of such filing to all involved parties.

This 26th day of October 2012.

                                                       Respectfully Submitted

118 North Ave. Ste. C                         Vernon Smith
Jonesboro, GA 30236                       State Bar # 663908
770-471-4040                                   Attorney for Defendant