IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL INDICTMENT |
| v. | :: | NO. 1:12-CR-315-SCJ-AJB |
| | :: | |
| RIGOBERTO AMAYA-CHAVEZ | :: | |
| MARTIN TORRES, | :: | |
| Defendants. | :: | |

## RESCHEDULING AND EXCLUDABLE DELAY ORDER

Defendants have filed motions for a continuance of the pretrial conference, previously scheduled for October 29, 2012, and to extend the deadline for filing motions, on the grounds that counsel is still in the process of obtaining, reviewing and analyzing discovery [Doc. 19 and 21]. The Government has no objection to these continuance. As a result, the motions for continuance are **GRANTED**. Defendants shall file their pretrial motions on or before November 7, 2012, and the pretrial conference shall be re-scheduled for **November 9, 2012 at 10:00 a.m.**, in Courtroom 1875, 18th Floor, United States Courthouse, 75 Spring Street, S.W. Atlanta, Georgia.

The Court finds that counsels need to complete the review of all discovery constitute good cause for the continuance and that the interests of justice, therefore,

outweigh Defendants and the public's rights to a speedy trial. Accordingly, the Clerk is **DIRECTED** to exclude any additional time pursuant to 18 U.S.C. § 3161, *et seq.*

**IT IS SO ORDERED and DIRECTED**, this 26st day of October, 2012.

_____
**ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE**