IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL CASE #: |
| | * | |
| RIGOBERTO AMAYA-CHAVEZ, | * | 1:12-CR-00315-SCJ-AJB-1 |
| | * | |
| Defendant. | * | |

**UNOPPOSED MOTION FOR EXTENSIN OF TIME
IN WHICH TO FILE PRETRIAL MOTIONS AND CONTINUANCE OF PRE-
TRIAL CONFERENCE**

COMES NOW the Defendant, Rigoberto Amaya-Chavez, by and through undersigned counsel, and pursuant to Local Rule 12.1, respectfully requests an extension of time in which to file motions in the case, and that the Pretrial Conference be continued to a date after January 7, 2013.

In support of this motion, Mr. Amaya-Chavez shows as follows:

1.

A Pre-Trial Conference is scheduled in the above-styled case for November 9, 2012.

2.

Undersigned counsel was retained on this case on November 6, 2012, and has not yet obtained discovery in the case.  In addition, the Government and Defense Counsel are in discussions to resolve this case short of a trial.  In the interests of judicial economy, Mr. Amaya-Chavez requests this Court grant him this continuance and extension.

3.

AUSA Jenny R. Turner, Esq. has no objection to this motion.

WHEREFORE, Mr. Amaya Chavez respectfully requests he be given an extension of time to file pre-trial motions, and a continuance of the pre-trial conference.

Respectfully Submitted this 7th day of November, 2012.

**s/  Glenn T. Stern**
Glenn T. Stern
Attorney for the Defendant
Georgia State Bar # 680305

*Glenn T. Stern, Attorney at Law*
*150 E. Ponce de Leon Avenue*
*Suite 235*
*Decatur, GA  30030*
*(404)320-1049*
*(404)320-1072 (fax)*
*AtlantaDUI@gmail.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL CASE #: |
| | * |
| RIGOBERTO AMAYA-CHAVEZ, | *   1:12-CR-00315-UNA-1 |
| | * |
| **Defendant.** | * |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the foregoing MOTION TO CONTINUE has been served upon:

Jenny R. Turner, Esq.
c/o United States Attorney's Office
600 U.S. Courthouse
76 Spring Street, N.W.
Atlanta, GA 30303

by electronic filing via the PACER system.

Respectfully Submitted this 7th day of November, 2012.

s/ *Glenn T. Stern*_____
Glenn T. Stern
Attorney for the Defendant
Georgia State Bar # 680305

*Glenn T. Stern, Attorney at Law*
*150 E. Ponce de Leon Avenue*
*Suite 235*
*Decatur, GA  30030*
*(404)320-1049*
*(404)320-1072 (fax)*
*AtlantaDUI@gmail.com*